WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>SKI WAY TRUST; MOUNTAIN SHADOWS OF INCLINE; DOE Individual I-X inclusive; and ROE business entities XI-XX inclusive,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-00066-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR U.S. BANK TO RESPOND TO SKI WAY TRUST'S MOTION TO DISMISS [ECF. NO. 60]   (First Request)** |

　　　　COMES NOW, Plaintiff, U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank"), by and through their attorney of record, Rock K. Jung, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP, and Defendant Ski Way Trust (hereinafter "Defendant" or "Ski Way"), by and through their attorney of record, Kerry Faughnan, Esq., and Defendant Mountain Shadows of Incline (hereinafter "Defendant" or "The Association"), by and through their attorney of record, David Ochoa, Esq. of the law firm Lipson, Neilson, Cole, Seltzer & Garin, P.C., and hereby stipulate as follows:

　　　　Ski Way's Motion to Dismiss [ECF. No. 60] (hereinafter "the Motion") was filed on July 4, 2017, with a Response due on July 18, 2017.  The parties hereby agree to extend the deadline for U.S. Bank to file and serve their response to the Motion from July 18, 2017 to August 1, 2017.

Page 1 of 3

1  This extension is requested due to U.S. Bank's counsel being out of the office due to a
2  prior scheduled event. This is the parties' first request for extension of this deadline, and is not
3  extended to cause any delay or prejudice to any party.

4  DATED this 18th  day of July, 2017.        DATED this 18th day of July, 2017.

**WRIGHT, FINLAY & ZAK, LLP**                **KERRY P. FAUGHNAN, ESQ.**

 */s/ Rock K. Jung, Esq.* _____          */s/ Kerry P. Faughnan, Esq.* _____
Rock K. Jung, Esq.                            Kerry P. Faughnan, Esq.
Nevada Bar No. 10906                          Nevada Bar No. 12204
7785 W. Sahara Ave., Suite 200                P.O. Box 335361
Las Vegas, NV 89117                           North Las Vegas, NV 89033
*Attorneys for U.S. Bank Trust, N.A. as*      *Attorney for Ski Way Trust*
*Trustee for LSF9 Master Participation*
*Trust*

DATED this 17th  day of July, 2017.

**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**
 */s/ David T. Ochoa, Esq.* _____
David T. Ochoa, Esq.
Nevada Bar No. 10414
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Mountain Shadows of Incline*

### ORDER

IT IS HEREBY ORDERED that Plaintiff, U.S. Bank shall have until August 1, 2017 to file and serve a response to Defendant, Ski Way's Trust's Motion to Dismiss [ECF No.60].

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 19, 2017

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Rock K. Jung, Esq.*
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust*