Kerry P. Faughnan, Esq., NSB #12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com
*Attorneys for Defendant, Ski Way Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SKI WAY TRUST; MOUNTAIN SHADOWS OF INCLINE; DOE Individual I-X inclusive; and ROE business entities XI-XX inclusive,<br><br>Defendants. | Case No.:  2:16-cv-00066-MMD-GWF<br><br>**AMENDED STIPULATION AND ORDER EXTENDING THE DEADLINE FOR  SKI WAY TRUST TO FILE A REPLY TO U.S. BANK'S OPPOSITION TO SKI WAY TRUST'S MOTION TO DISMISS**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank") and Mountain Shadows of Incline (hereinafter "Defendant" or "The Association") and Ski Way Trust (hereinafter "Defendant" or "Ski Way"), by and through their undersigned counsel, to extend the deadline for Ski Way Trust to Reply to U.S. Bank's Opposition to Ski Way's Motion to Dismiss**.** This request is made based on the fact that Counsel for Ski Way Trust has numerous appellate briefs due at the same time and is a sole practitioner and has no associates to draft and file the Reply.

WHEREAS,

1. On July 4, 2017, Defendant SKI WAY TRUST filed its Motion to Dismiss.

2. On August 1, 2017, U.S. Bank filed its Opposition to U.S. Bank's Motion to Dismiss.

3. The deadline for Defendant, Ski Way Trust to file its Reply to U.S. Bank's Opposition to Ski Way Trust's Motion to Dismiss is presently set for August 8, 2017.

IT IS HEREBY STIPULATED AND AGREED that Ski Way Trust shall have up to and including August 15, 2017 to file its Reply to Opposition to Motion to Dismiss.

IT IS SO STIPULATED AND AGREED.

DATED this 8th day of August, 2017.                    DATED this 8th day of August, 2017.

**WRIGHT, FINLAY & ZAK, LLP**                            **KERRY P. FAUGHNAN, ESQ.**

*/s/ Rock K. Jung, Esq.*                                 */s/ Kerry P. Faughnan, Esq.*
Rock K. Jung, Esq.                                       Kerry P. Faughnan, Esq.
Nevada Bar No. 10906                                     Nevada Bar No. 12204
7785 W. Sahara Ave., Suite 200                           P.O. Box 335361
Las Vegas, NV 89117                                      North Las Vegas, NV 89033
*Attorneys for U.S. Bank Trust, N.A. as*                 *Attorney for Ski Way Trust*
*Trustee for LSF9 Master Participation*
*Trust*

DATED this 8th day of August, 2017.

**LIPSON NEILSON COLE SELTZER &**
**GARIN, P.C.**

*/s/ Peter E. Dunkley, Esq.*
David T. Ochoa, Esq.
Nevada Bar No. 10414
Peter E. Dunkley, Esq.
Nevada Bar No. 11110
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Mountain Shadows of Incline*

<u>**ORDER**</u>

IT IS SO ORDERED.

DATED this ___ 10th day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

*/s/ Kerry P. Faughnan*
Kerry P. Faughnan, Esq.,
NSB #12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com
*Attorneys for Defendant, Ski Way Trust*

## **CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that on this 8th day of August, 2017, I did cause a true copy of STIPULATION AND ORDER TO EXTEND THE TIME FOR SKI WAY TRUST TO FILE A REPLY TO  U.S. BANK'S OPPOSITION TO SKI WAY TRUST'S MOTION TO DISMISS, to be electronically served to all parties and counsel as identified on the Court-generated Notice of Electronic Filing, and/or by depositing a true and correct copy in the United States Mail, addressed as follows:

/s/Kerry P. Faughnan
Kerry P. Faughnan, Esq.