WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br>vs.<br><br>SKI WAY TRUST; MOUNTAIN SHADOWS OF INCLINE; DOE Individual I-X inclusive; and ROE business entities XI-XX inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00066-MMD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff, U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank"), by and through their attorney of record, Rock K. Jung, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP, and Defendant Ski Way Trust (hereinafter "Defendant" or "Ski Way"), by and through their attorney of record, Kerry Faughnan, Esq., and Defendant Mountain Shadows of Incline (hereinafter "Defendant" or "HOA"), by and through their attorney of record, David Ochoa, Esq. of the law firm Lipson Neilson P.C., and hereby stipulate and agree to extend the dispositive motion deadline.

///

///

///

///

///

**A. DISCOVERY COMPLETED**

1. On May 24, 2016, U.S. Bank served its initial disclosures.

2. On May 31, 2016, U.S. Bank served its First Request for Admissions, First Request for Production of Documents, and First Set of Interrogatories to Ski Way.

3. On June 1, 2016, U.S. Bank served its First Request for Admissions, First Request for Production of Documents, and First Set of Interrogatories to HOA.

4. On June 3, 2016, HOA served their initial disclosures.

5. On July 18, 2016, HOA served their First Supplemental Disclosures.

6. On July 20, 2016, HOA served their responses to U.S. Bank's First Request for Admissions, First Request for Production of Documents, and First Set of Interrogatories.

7. On August 4, 2016, Ski Way served their responses to U.S. Bank's First Request for Admissions, First Request for Production of Documents, and First Set of Interrogatories.

8. On July 7, 2017, U.S. Bank served its Expert Witness Disclosure.

9. On September 6, 2017, the deposition of the HOA's 30(b)(6) was conducted.

10. On February 13, 2018, the deposition of Ski Way Trust's 30(b)(6) was conducted.

11. On March 7, 2018, the deposition of Nevada Association Services, Inc.'s 30(b)(6) (the HOA Trustee) was conducted.

12. On April 6, 2018, U.S. Bank served its Second Request for Production of Documents to Ski Way.

13. On April 6, 2018, U.S. Bank served its Second Request for Production of Documents to HOA.

14. On May 8, 2018, HOA served their responses to U.S. Bank's Second Request for Production of Documents.

15. On May 8, 2018, HOA served their Second Supplemental Disclosures.

**B. DISCOVERY THAT REMAINS TO BE COMPLETED**

1. SkiWay's responses to U.S. Bank's Second Request for Production of Documents.

### C. REASON WHY DISCOVERY HAS NOT BEEN COMPLETED

Discovery has been completed; however, the parties are currently in settlement negotiations and very close to settlement. The parties may pursue mediation and/or a settlement conference. Therefore, in the interest of judicial economy, the parties would like to extend the Dispositive Motion Deadline to allow for an opportunity to finalize a settlement regarding this matter.

### D. PROPOSED PRE-TRIAL DEADLINES AND DISCOVERY SCHEDULE

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery Cut-Off | June 1, 2018 | N/A |
| Motions to Amend Pleadings/Add Parties | March 2, 2018 | N/A |
| Expert Disclosures | April 2, 2018 | N/A |
| Rebuttal Expert Disclosures | May 2, 2018 | N/A |
| Dispositive Motions | **July 2, 2018** | **August 2, 2018** |
| Joint Pre-Trial Memorandum | **July 31, 2018** | **August 31, 2018** |

### E. CURRENT TRIAL DATE

1. This Matter is not currently set for trial.

### F. U.S. BANK'S MOTION FOR SUMMARY JUDGMENT

U.S. Bank filed their Motion for Summary Judgment on June 20, 2018. The deadline to file Oppositions to the U.S. Bank's Motion for Summary Judgment is July 11, 2018. The parties agree that this deadline should be extended to August 11, 2018.

### G. CONCLUSION

Accordingly, for good cause shown and excusable neglect, the parties respectfully request that the Court enter the accompanying order to extend the aforementioned dispositive motion deadline, and opposition deadline in this matter. This is the parties' first request for an extension of the dispositive motion deadline, and it is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this  29th  day of June, 2018.   DATED this  29th  day of June, 2018.

**WRIGHT, FINLAY & ZAK, LLP**           **KERRY P. FAUGHNAN, ESQ.**

 */s/ Rock K. Jung, Esq.*                 */s/ Kerry Faughnan, Esq.*
Rock K. Jung, Esq.                        Kerry P. Faughnan, Esq.
Nevada Bar No. 10906                      Nevada Bar No. 12204
7785 W. Sahara Ave., Suite 200            P.O. Box 335361
Las Vegas, NV 89117                       North Las Vegas, NV 89033
*Attorneys for U.S. Bank Trust, N.A. as*  *Attorney for Ski Way Trust*
*Trustee for LSF9 Master Participation*
*Trust*

DATED this  29th  day of June, 2018.

**LIPSON NEILSON P.C.**

 */s/ David T. Ochoa, Esq.*
David T. Ochoa, Esq.
Nevada Bar No. 10414
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
*Attorneys for Mountain Shadows of Incline*

## **ORDER**

Good cause appearing therefore;

IT IS HEREBY ORDERED that the Stipulation to Extend the Dispositive Motion Deadline, in the above-referenced matter, is approved and GRANTED. The new Dispositive Motion Deadline shall be August 2, 2018.

IT IS FURTHER ORDERED that the deadline for filing an Opposition to U.S. Bank's Motion for Summary Judgment shall be August 11, 2018.

DATED this 1st  day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE