Kerry P. Faughnan, Esq., NSB #12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Defendant Ski Way Trust

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust,<br><br>Plaintiff,<br>v.<br><br>Ski Way Trust, Mountain Shadows of Incline, Nevada Association Services, Inc., Does 1-X, Roes XI – XX,<br><br>Defendants | Case No. 2:16-cv-00066-MMD-GWF<br><br>**STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Comes now the parties, through their attorneys, who stipulate to the dismissal of the foregoing case, with prejudice, each party to bear their own attorney's fees and costs.

Dated September 28, 2018.

/s/ Kerry P. Faughnan
Kerry P. Faughnan, Esq. , NSB #12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Defendant Ski Way Trust


//

//

//

**LIPSON NEILSON P.C.**

/s/ David T. Ochoa, Esq.
David T. Ochoa, Esq.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Mountain Shadows of Incline*

Wright, Finlay & Zak, LLP

/s/ Rock K. Jung, Esq.
Rock K. Jung, Esq., NSB #10906
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117-2789
702-475-7964
Fax: 702-946-1345
Email: rjung@wrightlegal.net
Attorney for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE ~~OR~~
~~UNITED STATES MAGISTRATE JUDGE~~

DATED __October 2, 2018__